United States Bankruptcy Court

Middle District of Pennsylvania

In re:  
Eugene M. Winus  
    Debtor

Case No. 19-02229-MJC  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0314-5      User: AutoDocke      Page 1 of 3  
Date Rcvd: May 29, 2024      Form ID: 3180W      Total Noticed: 27

The following symbols are used throughout this certificate:  
**Symbol**      **Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^      Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 31, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Eugene M. Winus, 135 Meriwill Lane, Kunkletown, PA 18058-7904 |
| 5427078 | + | Andrew Spivack, Brock and Scott, PLLC, Attorneys at Law, 302 Fellowship Road, Suite 130, Mount Laurel, NJ 08054-1218 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 5202295 | + | Email/PDF: bncnotices@becket-lee.com | May 29 2024 19:02:08 | AMERICAN EXPRESS, PO BOX 981535, EL PASO, TX 79998-1535 |
| 5216196 | | Email/PDF: bncnotices@becket-lee.com | May 29 2024 19:17:24 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 5202296 | | EDI: CAPITALONE.COM | May 29 2024 22:35:00 | CAPITAL ONE, PO BOX 30285, SALT LAKE CITY, UT 84130-0285 |
| 5202298 | | EDI: CITICORP | May 29 2024 22:35:00 | CITI CARDS/CBNA, PO BOX 6241, SIOUX FALLS, SD 57117-6241 |
| 5218210 | | EDI: CAPITALONE.COM | May 29 2024 22:35:00 | Capital One Bank (USA), N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 5202300 | | Email/Text: litbkcourtmail@johndeere.com | May 29 2024 18:38:00 | JOHN DEERE FINANCIAL, 6400 NW 86TH STREET, PO BOX 6600, JOHNSTON, IA 50131-6600 |
| 5427079 | + | Email/Text: Bankruptcy@Freedommortgage.com | May 29 2024 18:38:00 | Freedom Mortgage, 10500 Kincaid Drive, Fishers, Indiana 46037-9764 |
| 5381187 | | Email/Text: Bankruptcy@Freedommortgage.com | May 29 2024 18:38:00 | Freedom Mortgage Corporation, 10500 Kincaid Drive, Fishers, IN 46037-9764 |
| 5381188 | | Email/Text: Bankruptcy@Freedommortgage.com | May 29 2024 18:38:00 | Freedom Mortgage Corporation, 10500 Kincaid Drive, Fishers, IN 46037-9764, Freedom Mortgage Corporation, 10500 Kincaid Drive, Fishers, IN 46037-9764 |
| 5202299 | | EDI: IRS.COM | May 29 2024 22:35:00 | IRS, CENTRALIZED INSOLVENCY OP, PO BOX 7346, PHILADELPHIA, PA 19101-7346 |
| 5202297 | | EDI: JPMORGANCHASE | May 29 2024 22:35:00 | CHASE BANK, PO BOX 15298, WILMINGTON, DE 19850 |
| 5210549 | + | Email/Text: RASEBN@raslg.com | May 29 2024 18:38:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 5202301 | | Email/Text: legal@arsnational.com | May 29 2024 18:38:00 | LENDING CLUB, C/O ARS NATIONAL SERVICES INC, PO BOX 469046, ESCONDIDO, CA 92046-9046 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| 5202302 | + | EDI: LENDNGCLUB | May 29 2024 22:35:00 | LENDING CLUB CORP, 71 STEVENSON STREET, SUITE 1000, SAN FRANCISCO, CA 94105-2967 |
| 5226934 | | Email/PDF: resurgentbknotifications@resurgent.com | May 29 2024 18:43:39 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5202303 | + | EDI: NAVIENTFKASMSERV.COM | May 29 2024 22:35:00 | NAVIENT, 123 JUSTISON STREET 3RD FL, WILMINGTON, DE 19801-5363 |
| 5202304 | + | Email/Text: nys.dtf.bncnotice@tax.ny.gov | May 29 2024 18:38:00 | NYS DEPT OF TAX & FINANCE, ATTN OFFICE COUNSEL, BLDG 9 W A HARRIMAN CAMPUS, ALBANY, NY 12227-0001 |
| 5214105 | | Email/Text: GUARBKe-courtdocs@ascendiumeducation.org | May 29 2024 18:38:00 | Navient Solutions, LLC obo Ascendium Education Sol, Navient Solutions, LLC obo, Ascendium Education Solutions, PO BOX 8961, Madison, WI 53708-8961 |
| 5204123 | | Email/Text: nys.dtf.bncnotice@tax.ny.gov | May 29 2024 18:38:00 | New York State Dept. of Taxation & Finance, Bankruptcy Section, P O Box 5300, Albany, NY 12205-0300 |
| 5202305 | ^ | MEBN | May 29 2024 18:34:41 | ROUNDPOINT MORTGAGE, ATTENTION CORRESPONDENCE, PO BOX 19409, CHARLOTTE, NC 28219-9409 |
| 5229398 | ^ | MEBN | May 29 2024 18:34:46 | ROUNDPOINT MORTGAGE SERVICING CORPORATION, 5016 PARKWAY PLAZA BLVD.,, BUILDINGS 6 & 8, CHARLOTTE NC 28217-1932 |
| 5202306 | + | Email/PDF: SoFiBKNotifications@resurgent.com | May 29 2024 18:43:59 | SOFI LENDING CORP, ONE LETTERMAN DRIVE, BUILDING A SUITE 4700, SAN FRANCISCO, CA 94129-1518 |
| 5228679 | + | Email/PDF: SoFiBKNotifications@resurgent.com | May 29 2024 18:43:59 | SoFi Lending Corp, One Letterman Dr Bldg A Ste 4700, San Francisco, CA 94129-1518 |
| 5202307 | + | Email/Text: TFS_Agency_Bankruptcy@toyota.com | May 29 2024 18:38:00 | TOYOTA FINANCIAL SERVICES, PO BOX 8026, CEDAR RAPIDS, IA 52408-8026 |
| 5224527 | + | Email/Text: ToyotaBKNotices@nationalbankruptcy.com | May 29 2024 18:38:00 | Toyota Motor Credit Corporation, PO Box 9013, Addison, Texas 75001-9013 |

TOTAL: 25

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | Freedom Mortgage Corporation, 10500 Kincaid Drive, Fishers, IN 46037-9764 |
| cr | * | LVNV Funding LLC, Resurgent Capital Services, P.O. Box 10587, Greenville, SC 29603-0587 |
| 5245108 | *+ | ROUNDPOINT MORTGAGE SERVICING CORPORATION, 5016 PARKWAY PLAZA BLVD., BUILDINGS 6 & 8, CHARLOTTE NC 28217-1932 |

TOTAL: 0 Undeliverable, 3 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

| District/off: 0314-5 | User: AutoDocke | Page 3 of 3 |
| --- | --- | --- |
| Date Rcvd: May 29, 2024 | Form ID: 3180W | Total Noticed: 27 |

Date: May 31, 2024  Signature:  /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 29, 2024 at the address(es) listed below:**

| Name | Email Address |
| --- | --- |
| Andrew L Spivack | on behalf of Creditor Freedom Mortgage Corporation andrew.spivack@brockandscott.com wbecf@brockandscott.com |
| Jack N Zaharopoulos | TWecf@pamd13trustee.com |
| Jerome B Blank | on behalf of Creditor ROUNDPOINT MORTGAGE SERVICING CORPORATION pamb@fedphe.com |
| Mario J. Hanyon | on behalf of Creditor Freedom Mortgage Corporation wbecf@brockandscott.com mario.hanyon@brockandscott.com |
| Mario John Hanyon | on behalf of Creditor ROUNDPOINT MORTGAGE SERVICING CORPORATION pamb@fedphe.com mario.hanyon@brockandscott.com |
| Michael Patrick Farrington | on behalf of Creditor Freedom Mortgage Corporation mfarrington@kmllawgroup.com |
| Robert J Kidwell, III | on behalf of Debtor 1 Eugene M. Winus rjkidwell3rd@gmail.com;mdaniels@newmanwilliams.com |
| Robert Joseph Davidow | on behalf of Creditor ROUNDPOINT MORTGAGE SERVICING CORPORATION r.davidow@mgplaw.com |
| Thomas Song | on behalf of Creditor ROUNDPOINT MORTGAGE SERVICING CORPORATION tomysong0@gmail.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |
| Vincent Rubino | on behalf of Debtor 1 Eugene M. Winus lhochmuth@newmanwilliams.com;mdaniels@newmanwilliams.com;lbeaton@newmanwilliams.com;rkidwell@newmanwilliams.com;swiggins@newmanwilliams.com |

TOTAL: 11

| **Information to identify the case:** | | |
|---|---|---|
| Debtor 1 | Eugene M. Winus<br>First Name  Middle Name  Last Name | Social Security number or ITIN xxx–xx–7675<br>EIN __–_____ |
| Debtor 2<br>(Spouse, if filing) | First Name  Middle Name  Last Name | Social Security number or ITIN ____<br>EIN __–_____ |
| United States Bankruptcy Court | Middle District of Pennsylvania | |
| Case number: | 5:19-bk-02229-MJC | |

# Order of Discharge 12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Eugene M. Winus
aka Eugene Mark Winus, aka Eugene Winus

5/29/24

**By the court:**

Mark J. Conway, United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**