Fill in this information to identify the case:

Debtor 1  Eugene M. Winus

Debtor 2
(Spouse, if filing)

United States Bankruptcy Court for the: Middle District of PA

Case number  19-02229 MJC

Form 4100R

# Response to Notice of Final Cure Payment          10/15

According to Bankruptcy Rule 3002.1(g), the creditor responds to the trustee's notice of final cure payment.

## Part 1: Mortgage Information

**Name of Creditor:** Freedom Mortgage Corporation          **Court claim no. (if known):** 13

**Last 4 digits** of any number you use to identify the debtor's account: 7717
**Property address:**
135 Meriwill Lane
Kunkletown, PA 18058

## Part 2: Prepetition Default Payments

Check one:

[X] Creditor agrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim.

[ ] Creditor disagrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim. Creditor asserts that the total prepetition amount remaining unpaid as of the date of this response is:     $ _____

## Part 3: Postpetition Mortgage Payment

Check one:

[X] Creditor states that the debtor(s) are current with all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

The next postpetition payment from the debtor(s) is due on: 07 / 01 / 2024

[ ] Creditor states that the debtor(s) are not current on all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

Creditor asserts that the total amount remaining unpaid as of the date of this response is:
a. Total postpetition ongoing payments due:                       (a)    $ _____
b. Total fees, charges, expenses, escrow, and costs outstanding:  + (b)  $ _____
c. **Total.** Add lines a and b.                                   (c)    $ _____

Creditor asserts that the debtor(s) are contractually obligated for
the postpetition payment(s) that first became due on:

Form 4100R                    Response to Notice of Final Cure Payment                    page 1

Document ID: 148190fbc757a18dcd69a03d78ed14d5ce6204c29edd201d8556d4802l0c6dff
Case 5:19-bk-02229-MJC    Doc 43    Filed 07/16/24    Entered 07/16/24 13:41:19    Desc
Main Document    Page 1 of 3

| Debtor(s) | Eugene M. Winus | Case Number (if known): 19-02229 MJC |
|---|---|---|
| | First Name    Middle Name    Last Name | |

## Part 4: Itemized Payment History

If the creditor disagrees in Part 2 that the prepetition arrearage has been paid in full or states in Part 3 that the debtor(s) are not current with all postpetition payments, including all fees, charges, expenses, escrow, and costs, the creditor must attach an itemized payment history disclosing the following amounts from the date of the bankruptcy filing through the date of this response:
- all payments received;
- all fees, costs, escrow, and expenses assessed to the mortgage; and
- all amounts the creditor contends remain unpaid.

## Part 5: Sign Here

The person completing this response must sign it. The response must be filed as a supplement to the creditor's proof of claim.

*Check the appropriate box::*

☐ I am the creditor.
☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this response is true and correct to the best of my knowledge, information, and reasonable belief.**

Sign and print your name and your title, if any, and state your address and telephone number if different from the notice address listed on the proof of claim to which this response applies.

x /s/ *Brent J. Lemon*
PA Middle BK
16 Jul 2024, 10:26:21, EDT

Date    07/16/2024

KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 16106
215-627-1322
bkgroup@kmllawgroup.com
Attorney for Creditor

Form 4100R                Response to Notice of Final Cure Payment                page 2

Document ID: 148190fbc757a18dcd69a03d78ed14d5c68204c29edd201d8556d4802210c6dff
Case 5:19-bk-02229-MJC    Doc 43    Filed 07/16/24    Entered 07/16/24 13:41:19    Desc
Main Document    Page 2 of 3

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **IN RE: Eugene M. Winus**<br>Debtor(s)<br><br>**Freedom Mortgage Corporation**<br>Movant<br>vs.<br><br>**Eugene M. Winus**<br>Debtor(s)<br><br>**Jack N. Zaharopoulos**,<br>Trustee | BK NO. 19-02229 MJC<br><br>Chapter 13<br><br>Related to Claim No. 13 |

**CERTIFICATE OF SERVICE**
**RESPONSE TO NOTICE OF FINAL CURE MORTGAGE PAYMENT**

I, Brent J. Lemon of KML Law Group, P.C., certify that I am, and at all times hereinafter mentioned was, more than 18 years of age and that on <u>July 16, 2024</u>, I served the above captioned pleading, filed in the proceeding on the parties at the addresses shown below:

<u>Debtor(s)</u>
Eugene M. Winus
135 Meriwill Lane
Kunkletown, PA 18058

<u>Attorney for Debtor(s) (via ECF)</u>
Robert J. Kidwell, III
Newman Williams
712 Monroe Street
Stroudsburg, PA 18360

<u>Trustee (via ECF)</u>
Jack N. Zaharopoulos
8125 Adams Drive, Suite A
Hummelstown, PA 17036

Method of Service: electronic means or first-class mail.

Dated: <u>July 16, 2024</u>

*/s/ Brent J. Lemon*
Brent J. Lemon
Attorney I.D. 86478
KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA 19106
(412) 475-8764
blemon@kmllawgroup.com