In re:  Case No. 19-02229-MJC
Eugene M. Winus  Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-5      User: AutoDocke      Page 1 of 2
Date Rcvd: Aug 29, 2024      Form ID: fnldec      Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol      Definition**
+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 31, 2024:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Eugene M. Winus, 135 Meriwill Lane, Kunkletown, PA 18058-7904 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 31, 2024      Signature:      /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 29, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Andrew L Spivack | on behalf of Creditor Freedom Mortgage Corporation andrew.spivack@brockandscott.com wbecf@brockandscott.com |
| Brent J Lemon | on behalf of Creditor Freedom Mortgage Corporation blemon@kmllawgroup.com |
| Denise E. Carlon | on behalf of Creditor Freedom Mortgage Corporation bkgroup@kmllawgroup.com bkgroup@kmllawgroup.com |
| Jack N Zaharopoulos | TWecf@pamd13trustee.com |
| Jerome B Blank | on behalf of Creditor ROUNDPOINT MORTGAGE SERVICING CORPORATION pamb@fedphe.com |
| Mario J. Hanyon | on behalf of Creditor Freedom Mortgage Corporation wbecf@brockandscott.com mario.hanyon@brockandscott.com |

Mario John Hanyon
    on behalf of Creditor ROUNDPOINT MORTGAGE SERVICING CORPORATION pamb@fedphe.com mario.hanyon@brockandscott.com

Robert J Kidwell, III
    on behalf of Debtor 1 Eugene M. Winus rjkidwell3rd@gmail.com;mdaniels@newmanwilliams.com

Robert Joseph Davidow
    on behalf of Creditor ROUNDPOINT MORTGAGE SERVICING CORPORATION r.davidow@mgplaw.com

Thomas Song
    on behalf of Creditor ROUNDPOINT MORTGAGE SERVICING CORPORATION tomysong0@gmail.com

United States Trustee
    ustpregion03.ha.ecf@usdoj.gov

Vincent Rubino
    on behalf of Debtor 1 Eugene M. Winus lhochmuth@newmanwilliams.com;mdaniels@newmanwilliams.com;lbeaton@newmanwilliams.com;rkidwell@newmanwilliams.com;swiggins@newmanwilliams.com

TOTAL: 12

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

| | | |
|---|---|---|
| Eugene M. Winus, <br> aka Eugene Mark Winus, aka Eugene Winus, | Chapter | 13 |
| **Debtor 1** | Case No. | 5:19−bk−02229−MJC |

Social Security No.:
    xxx−xx−7675

Employer's Tax I.D. No.:

# FINAL DECREE

The estate of the above named debtor(s) has been fully administered and the deposit required by the plan has been distributed.

## IT IS ORDERED THAT:

**Jack N Zaharopoulos**

is discharged as trustee of the estate of the above named debtor(s); and the chapter 13 case of the above named debtor(s) is closed.

By the Court,

Mark J. Conway, United States Bankruptcy Judge

Dated: August 29, 2024

**fnldec** (01/22)